## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Yipsi Guerra          JOINT DEBTOR:                          CASE NO.:
Last Four Digits of SS# 1811         Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 70.06 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (Motion to Value)   TOTAL PAID $ 2500   Balance Due $ 1,925 payable $ 55.00 /month (Months 1 to 35)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                         Arrearage on Petition Date  $
Address:                        Arrears Payment      $_____/month (Months _____ to _____)
                                Regular Payment      $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Account No: xxxx0001 | 16663 SW 50 Terrace, Miami, FL 33185  $275,000 | n/a | n/a | n/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                 Total Due  $
                        Payable    $_____/month (Months ____ to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 8.06 /month (Months 1 to 35) and Pay $ 63.06 /month (Months 36 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Wells Fargo Home Mortgage Account No: xxxx2408 and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s/Robert Sanchez, Esq.
Attorney for the Debtor                             Joint Debtor
Date: 6-13-2014                                     Date:

LF-31 (rev. 01/08/10)