UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Yipsi M Guerra                                              Case No: 14−23682−LMI
                                                                                  Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property with Wells Fargo and Notice of Hearing was sent to all interested parties on August 26, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Yipsi M Guerra
16663 SW 50th Terrace
Miami, FL 33185-5099


Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301




Via Certified Mail:
Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

```
Wells Fargo Bank
c/o John G. Stumpf, CEO
P.O. Box 63750
San Francisco, CA 94163
```

```
Wells Fargo Bank
c/o John G. Stumpf, CEO
P.O. Box 63710
San Francisco, CA 94163
```

      Respectfully Submitted:

      **ROBERT SANCHEZ, P.A.**
      Attorney for Debtor
      355 West 49th Street
      Hialeah, FL 33012
      Tel. 305-687-8008

      By:*/s/ Robert Sanchez*_____
      Robert Sanchez, Esq., FBN#0442161